UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GERRED L. WACHSMUTH,

                Petitioner,

v.

STATE OF NEVADA, *et al.*,

                Respondents.

Case No. 3:25-cv-00554-ART-CSD

ORDER

*Pro se* Petitioner Gerred L. Wachsmuth has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 and an application for leave to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1, 1-1 ("Petition").) The Court finds that good cause exists to grant the IFP application. However, the Petition is not on the appropriate form or in substantial compliance with the form but, instead, is hand-written on blank paper. This hand-written petition fails to disclose the required information. Accordingly, on or before November 14, 2025, Wachsmuth must file an amended petition on the Court's form.[1] In doing so, Wachsmuth is advised to follow the instructions on the form, title the amended petition as such, and place the case number, 3:25-cv-00554-ART-CSD, in the designated space.

    It is therefore ordered that the application for leave to proceed IFP (ECF No. 1) is granted.

    It is further ordered that Wachsmuth file an amended petition on the Court's form on or before November 14, 2025. Failure to timely comply with this Order will result in the dismissal of the Petition without prejudice and without further advance notice.

---

[1] Wachsmuth remains responsible for calculating the applicable statute of limitations. By ordering Wachsmuth to amend his Petition, the Court makes no finding or representation that either the original or amended petition will be considered timely.

1

1    It is further kindly ordered that the Clerk of Court send Wachsmuth one
2 blank copy of the form petition for a writ of habeas corpus under 28 U.S.C. §
3 2254 along with instructions.

5    DATED THIS 15th day of October 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2