1

2                          UNITED STATES DISTRICT COURT

3                                 DISTRICT OF NEVADA

4    GERRED L. WACHSMUTH,                      Case No. 3:25-cv-00554-ART-CSD

5                            Petitioner,        DISMISSAL ORDER

6         v.

7    STATE OF NEVADA, *et al.*,

8                            Respondents.

9         *Pro se* Petitioner Gerred L. Wachsmuth filed a Petition for Writ of Habeas

10   Corpus under 28 U.S.C. § 2254 and an application for leave to proceed *in forma*

11   *pauperis* ("IFP"). (ECF Nos. 1, 1-1 ("Petition").) The Court granted Wachsmuth's

12   IFP application; however, because the Petition was not on the appropriate form

13   or in substantial compliance with the form, the Court ordered Wachsmuth to file

14   an amended petition on or before November 14, 2025. (ECF No. 6.) Wachsmuth

15   was warned that "[f]ailure to timely comply with this Order [would] result in the

16   dismissal of the Petition without prejudice and without further advance notice."

17   (*Id.*) To help facilitate the filing of the amended petition, the Court instructed the

18   Clerk of Court to send Wachsmuth a blank copy of the form petition for a writ of

19   habeas corpus under 28 U.S.C. § 2254 along with instructions. (*Id.*) To date,

20   Wachsmuth has not filed an amended petition, requested an extension of time to

21   do so, or taken any other action to prosecute this case.

22        It is therefore ordered that the Petition (ECF No. 1-1) is dismissed without

23   prejudice based upon Wachsmuth's failure to comply with this Court's Order. A

24   Certificate of Appealability is denied, as jurists of reason would not find dismissal

25   of the Petition for the reasons stated herein to be debatable or wrong.

26        It is further kindly ordered that the Clerk of Court (1) file the Petition (ECF

27   No. 1-1), (2) add Nevada Attorney General Aaron D. Ford as counsel for

28

                                         1

Respondents,[1] (3) send the Nevada Attorney General a copy this Order and all other filings in this matter by regenerating the notices of electronic filing, (4) enter final judgment, and (5) close this case.

DATED THIS 21st day of November 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

[1] No response is required from Respondents other than to respond to any orders of a reviewing court.